to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

EDWARD HINMAN, JR., as Substituted Trustee of and under the Last Will and Testament of WILLIAM BEARD, Deceased, Respondent, v. MORAN TOWING & TRANSPORTATION COMPANY, INC., and JOHN SHOOKS, Defendants, and NAVIGAZIONE LIBERA TRIESTINA, Appellant.— Motion to amend remittitur dismissed, with ten dollars costs, on the ground that the moving party has no standing in this court. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of BETTY BEUSCHEL, Petitioner, for a Prohibitive Order against Hon. MEIER STEINBRINK, Individually and as Justice of the Supreme Court of the State of New York, Kings County, Respondent.— Motion for an order of prohibition denied. The petitioner's remedy is by an appeal from the order of the Special Term when entered; and if such appeal be taken, we assume that a stay will be granted pending its determination. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of HERBERT REINL, Respondent, for an Order of Mandamus against THE WESTCHESTER COUNTY PARK COMMISSION and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

In the Matter of the Judicial Settlement of the Accounts of Proceedings of MARGUERITE SOCKIN, as Executrix, etc., of GEORGE L. SOCKIN, Deceased, Respondent; LEO G. GOLDBERG, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

OSCAR KOPSER, Respondent, v. JOSEPH A. ATKINS, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

LE-IRV REALTY CORPORATION, Respondent, v. SOUTH CAIRO HOUSING CORPORATION, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Hagarty, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

REBECCA LYDON, Respondent, v. MICHAEL J. LYDON, Appellant.— Motion for stay granted upon stipulation. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

MARTIN O'LEARY, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

WILLIAM A. PALMER, Appellant, v. WILLIAM E. HARE and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky. P. J., Hagarty, Scudder, Tompkins and Davis, JJ.